| | OFFICE OF THE | |
|---|---|---|
| *KATHERIAN D. ROE<br>Federal Defender | **FEDERAL DEFENDER** | JAMES BECKER<br>ROB MEYERS |
| | District of Minnesota | ERIC RIENSCHE |
| *MANNY ATWAL<br>First Assistant Defender | 107 U.S. Courthouse<br>300 South Fourth Street | LISA LOPEZ<br>*JEAN BRANDL<br>MATTHEW DEATES |
| CHAD M. SPAHN<br>Senior Investigator | Minneapolis, MN 55415<br>Phone: 612-664-5858 | *AARON MORRISON<br>DAN HUDDLESTON<br>SIRI CARLSON MCDOWELL |
| | Fax: 612-664-5850 | AMBROISE DECILAP<br>KATE ADAMS |
| *MSBA Certified Criminal Law Specialist | | Assistant Defenders |

May 5, 2025

*Filed via CM/ECF*
The Honorable John R. Tunheim
United States District Judge
United States District Court
300 South Fourth Street
Minneapolis, MN 55415


Re:   Amendment 821 and Dakota James LaFave
      Case No. 18-cr-199 (1) (JRT)


Dear Chambers,

We have reviewed the above-named defendant with respect to the retroactive portions of Amendment 821 to the United States Sentencing Guidelines. Our office does not intend to file any materials on the defendant's behalf with respect to Amendment 821.

Thank you very much.

Sincerely,

Rob Meyers and Dan Huddleston
Assistant Federal Defenders